Jarrod GILKEY, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 83033.

Missouri Court of Appeals,
Eastern District,
Division Three.

March 16, 2004.

Gwenda R. Robinson, St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Anne E. Edgington, Jefferson City, MO, for respondent.

Before CLIFFORD H. AHRENS, P.J., WILLIAM H. CRANDALL, JR., J., LAWRENCE E. MOONEY, J.

## ORDER

PER CURIAM.

Movant, Jarrod Gilkey, appeals from the judgment denying his Rule 29.15 motion for post-conviction relief without an evidentiary hearing after he was convicted of robbery in the first degree and armed criminal action. His convictions were affirmed in *State v. Gilkey*, 66 S.W.3d 121 (Mo.App. E.D.2001).

We have reviewed the record on appeal and find no error of law. An opinion would have no precedential value. The judgment is affirmed. Rule 84.16(b).